**Order entered July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00776-CV

### KSADD, LLC, Appellant

### V.

### JOAN WILLIAMS, Appellee

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-14-03455-D

## ORDER

The clerk's record in this accelerated case is overdue. By postcard dated July 7, 2015, we notified the county clerk that the clerk's record was overdue. We directed the county clerk to file the clerk's record within thirty days. In response, the County Clerk's Office responded that the clerk's record had been prepared but had not been filed because appellant had not paid for the record. By letter dated July 8, 2015, we directed appellant to file written verification that appellant had paid for or made arrangements to pay for the clerk's record. We cautioned appellant that if it did not file the required documentation within ten days, we might dismiss the appeal without further notice. Thereafter, on July 9, 2015, appellant filed verification of payment for the clerk's record.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file the clerk's record within **TEN DAYS** of the date of this order.  We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County Clerk John Warren by electronic transmission.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE